UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KRISTINA COLLINS,<br>*Petitioner*, | :<br>:<br>: | |
| v. | : | Case No. 3:24-cv-282 (VAB) |
| STOVER,<br>*Respondent*. | :<br>:<br>: | |

**ORDER TO SHOW CAUSE**

Petitioner Kristina Collins, a federal inmate, has filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging the execution of her sentence.

Upon the petition filed on February 29, 2024, it is hereby ORDERED that the respondent file a response on or before May 3, 2024, why the relief prayed for in the petition for writ of habeas corpus should not be granted. It also is ORDERED that the Clerk serve a copy of this order and a copy of the petition and all attachments, to respondent's representative, Assistant United States Attorney Michelle McConaghy, by email to the Office of the United States Attorney, on or before April 12, 2024.

Entered at New Haven, Connecticut, this 2nd day of April, 2024.

    */s/ Victor A. Bolden*
Victor A. Bolden
United States District Judge