## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KRISTINA COLLINS | : | |
|           Petitioner, | : | |
| | : | |
| v. | : | No.:  3:24cv282 (VAB) |
| | : | |
| STOVER, WARDEN FCI DANBURY | : | |
|           Respondent. | : | |

### NOTICE OF APPEARANCE

Please enter the appearance of Assistant United States Attorney Michelle L. McConaghy as counsel for the Respondent in the above-captioned action.

                                                    Respectfully submitted,

                                                    Vanessa Roberts Avery
                                                    United States Attorney

                                                    _/s/_____
                                                    Michelle L. McConaghy, ct27157
                                                    Assistant United States Attorney
                                                    157 Church Street
                                                    New Haven, CT 06510
                                                    Telephone: (203) 821-3700
                                                    Fax: (203) 773-5373
                                                    Email: Michelle.McConaghy@usdoj.gov

**CERTIFICATION OF SERVICE**

      I hereby certify that on April 30, 2024, a copy of the foregoing Notice was filed electronically and served by mail on

      Kristina Collins
      1111 Parrish Dr
      Rockville, MD 20851

      /s/
      Michelle L. McConaghy
      Assistant U.S. Attorney