```
 REG NO..: 63573-037 NAME....: COLLINS, KRISTINA LYNN
 CATEGORY: ARS       FUNCTION: PRT       FORMAT:

FCL    ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP   DATE/TIME
DAN    FSA REL    FIRST STEP ACT RELEASE      04-24-2024 1732 CURRENT
DAN    A-DES      DESIGNATED, AT ASSIGNED FACIL 01-03-2024 1601 04-24-2024 1732
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL 01-03-2024 1601 01-03-2024 1601
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 01-03-2024 1000 01-03-2024 1601
OKL    HLD REMOVE HOLDOVER REMOVED            01-03-2024 0900 01-03-2024 0900
OKL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 01-02-2024 1610 01-03-2024 0900
6-K    RELEASE    RELEASED FROM IN-TRANSIT FACL 01-02-2024 1710 01-02-2024 1710
6-K    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 01-02-2024 0800 01-02-2024 1710
CBR    HLD REMOVE HOLDOVER REMOVED            01-02-2024 0800 01-02-2024 0800
CBR    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 12-18-2023 1602 01-02-2024 0800
0-Q    RELEASE    RELEASED FROM IN-TRANSIT FACL 12-18-2023 1602 12-18-2023 1602
0-Q    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 12-18-2023 1600 12-18-2023 1602
CBR    TRANSFER   TRANSFER                    12-18-2023 1600 12-18-2023 1600
CBR    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 10-13-2023 1850 12-18-2023 1600
0-Q    RELEASE    RELEASED FROM IN-TRANSIT FACL 10-13-2023 1850 10-13-2023 1850
0-Q    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-13-2023 1848 10-13-2023 1850
CDC    TRANSFER   TRANSFER                    10-13-2023 1848 10-13-2023 1848
CDC    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 10-13-2023 1318 10-13-2023 1848
0-X    RELEASE    RELEASED FROM IN-TRANSIT FACL 10-13-2023 1318 10-13-2023 1318
0-X    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-13-2023 1316 10-13-2023 1318
CDC    TRANSFER   TRANSFER                    10-13-2023 1316 10-13-2023 1316
CDC    A-DES      DESIGNATED, AT ASSIGNED FACIL 08-04-2023 1519 10-13-2023 1316
0-X    RELEASE    RELEASED FROM IN-TRANSIT FACL 08-04-2023 1519 08-04-2023 1519
0-X    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-04-2023 1517 08-04-2023 1519
CDC    TRANSFER   TRANSFER                    08-04-2023 1517 08-04-2023 1517
CDC    A-HC SENT  HOME CONFINEMENT-SENTENCED  07-21-2022 1642 08-04-2023 1517
0-X    RELEASE    RELEASED FROM IN-TRANSIT FACL 07-21-2022 1642 07-21-2022 1642
0-X    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-21-2022 1640 07-21-2022 1642
CDC    TRANSFER   TRANSFER                    07-21-2022 1640 07-21-2022 1640
CDC    A-DES      DESIGNATED, AT ASSIGNED FACIL 07-21-2022 1638 07-21-2022 1640
2-O    RELEASE    RELEASED FROM IN-TRANSIT FACL 07-21-2022 1638 07-21-2022 1638
2-O    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-21-2022 0853 07-21-2022 1638
DAN    FURL TRANS FURL W/UNESCORTED TRF TO A CCC 07-21-2022 0853 07-21-2022 0853
DAN    A-DES      DESIGNATED, AT ASSIGNED FACIL 12-14-2021 1243 07-21-2022 0853
DAN    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 12-14-2021 0900 12-14-2021 1243
DAN    A-DES      DESIGNATED, AT ASSIGNED FACIL 03-11-2021 1215 12-14-2021 0900
2-O    RELEASE    RELEASED FROM IN-TRANSIT FACL 03-11-2021 1215 03-11-2021 1215
2-O    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-11-2021 1212 03-11-2021 1215
DAN    TRANSFER   TRANSFER                    03-11-2021 1212 03-11-2021 1212
DAN    A-DES      DESIGNATED, AT ASSIGNED FACIL 09-30-2020 1413 03-11-2021 1212
DAN    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 09-30-2020 1231 09-30-2020 1413




G0002      MORE PAGES TO FOLLOW . . .
```

```
DEVGX  531.01 *            INMATE HISTORY            *     04-25-2024
PAGE 002 OF 002 *             ADM-REL                *      08:58:28

 REG NO..: 63573-037 NAME....: COLLINS, KRISTINA LYNN
 CATEGORY: ARS       FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION             START DATE/TIME STOP  DATE/TIME
DAN    A-DES      DESIGNATED, AT ASSIGNED FACIL 10-08-2019 1552 09-30-2020 1231
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL 10-08-2019 1552 10-08-2019 1552
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-08-2019 0945 10-08-2019 1552
OKL    HLD REMOVE HOLDOVER REMOVED         10-08-2019 0845 10-08-2019 0845
OKL    A-HLD      HOLDOVER, TEMPORARILY HOUSED 10-01-2019 1435 10-08-2019 0845
9-L    RELEASE    RELEASED FROM IN-TRANSIT FACL 10-01-2019 1535 10-01-2019 1535
9-L    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-05-2019 1343 10-01-2019 1535
DSC    ADMIN REL  ADMINISTRATIVE RELEASE   09-05-2019 1243 09-05-2019 1243
DSC    A-ADMIN    ADMINISTRATIVE ADMISSION 09-05-2019 1227 09-05-2019 1243




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```